1 | SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
2 | Northern District of California
JOANN M. SWANSON (CSBN 88143)
3 | Chief, Civil Division
CHARLES M. O'CONNOR  (CSBN 56320)
4 | Assistant United States Attorney
450 Golden Gate Avenue, 10th Floor
5 | P.O. Box 36055
San Francisco, CA 94102-3495
6 | Telephone:  (415) 436-7200
Facsimile:   (415) 436-6748
7
Attorneys for Plaintiff
8

9 | IN THE UNITED STATES DISTRICT COURT

10 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12

13 | _____ ) CIVIL NO: C 06-6287 MJJ
   | THE UNITED STATES OF AMERICA, )
14 | )
   |              Plaintiff,       ) **STIPULATION FOR BRIEFING**
15 | ) **OF DEFENDANT'S MOTION FOR**
   |              v.               ) **JUDGMENT ON THE PLEADINGS**
16 | )
   | ROD PENEBAKER,                )              and
17 | )
   |              Defendant.       ) **ORDER**
18 | _____ )
   | )              (Proposed)
19 |
   | IT IS HEREBY STIPULATED by the parties, through their respective undersigned attorneys,
20 |
   | that the defendant's motion for judgment on the pleadings may be briefed and heard on the
21 |
   | following schedule:
22

23 | Defendant's Motion and Memo                    -    **April 24, 2007**
   | for Judgment on the Pleadings
24 |
   | Plaintiff's Memo in Opposition to             -    **May 8, 2007**
25 | Motion for Judgment on the Pleadings
26 | Defendant's Reply Memo in Support of           -    **May 15, 2007**
   | Motion for Judgment on the Pleadings
27 | //
28

**STIP FOR MOT JUDG. ON THE PLEADINGS**
*U.S. v. Penebaker* **C 06-6287 MJJ**

1    Hearing on Defendant's                                    June 5, 2007
     Rule 12 Motion                              9:30 a.m.
2

3    Dated: April 12, 2007                Respectfully submitted.

4                                         O'BRIEN & KELLEHER

5

6                                         COLLEEN O'BRIEN            for

7

8                                         Attorneys for Defendant

9    Dated: April 13, 2007               SCOTT N. SCHOOLS
                                          United States Attorney
10

11

12                                        CHARLES M. O'CONNOR
                                          Assistant United States Attorney
13

14                                        Attorneys for Plaintiff

15                                   **ORDER**

16       IT IS HEREBY ORDERED, based on the foregoing stipulation of the parties, the Court

17
     will hear the defendant's motion for judgment on the pleadings on the following schedule:
18

19       Defendant's Motion and Memo                    **April 24, 2007**
         for Rule 12 Motion
20

21       Plaintiff's Memo in Opposition to             **May 8, 2007**
         Rule 12 Motion
22

23       Defendant's Reply Memo in Support of          **May 15, 2007**
         Rule 12 Motion
24

25       Hearing on Defendant's                        **June 5, 2007**
         Rule 12 Motion                                 9:30 a.m.
26

27   Dated: April 16, 2007
                                          MARTIN J. JENKINS
28                                        JUDGE, U. S. DISTRICT COURT

     **STIP FOR MOT JUDG. ON THE PLEADINGS**
     *U.S. v. Penebaker* C 06-6287 MJJ                                        -2-