SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
Northern District of California
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR  (CSBN 56320)
Assistant United States Attorney
    450 Golden Gate Avenue, 10th Floor
    P.O. Box 36055
    San Francisco, CA 94102-3495
    Telephone:   (415) 436-7200
    Facsimile:    (415) 436-6748

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROD PENEBAKER, <br><br> Defendant. | CIVIL NO: C 06-6277 MJJ <br><br> **PARTIES' STIPULATION TO CONTINUE BRIEFING AND HEARING DATES FOR SUMMARY JUDGMENT MOTION** <br><br> and <br><br> **ORDER** <br><br> (Proposed) |

This matter is on calendar for a hearing on the plaintiff's motion for partial summary judgment on October 30, 2007.  During the past two weeks, the parties have conducted discussions and exchanged proposals for possible settlement of the issues in this case.  However, additional time is needed to complete those discussions and resolve issues necessary for any settlement to be reached. Further, the parties wish to avoid the distraction and expense of briefing the matter while settlement discussions are underway.

THEREFORE, IT IS HEREBY STIPULATED and requested by the parties, through their respective undersigned attorneys, that the briefing and hearing of the motion for partial summary judgment be continued as follows:

| | | |
|---|---|---|
| Defendant's Brief in Opposition to Plaintiffs' Motion for Partial Summary Judgment | - | **October 30, 2007** |
| Plaintiff's Reply Brief in Support of Motion for Partial Summary Judgment | - | **November 6, 2007** |
| Hearing on Motion | - | December 4 ~~November 20~~, 2007 9:30 a.m. |

Respectfully submitted,

Dated: October 9, 2007   O'BRIEN & KELLEHER

/s/
_____
COLLEEN O'BRIEN
DANIEL KELLEHER

Attorneys for Defendant

Dated: October 9, 2007   SCOTT N. SCHOOLS
United States Attorney

/s/
_____
CHARLES M. O'CONNOR
Assistant United States Attorney

Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED, based on the foregoing stipulation of the parties, the Court will hear this matter on plaintiff's motion for partial summary judgment on the following schedule:

| | | |
|---|---|---|
| Defendant's Brief in Opposition to Plaintiff's to Motion for Partial Summary Judgment | - | **October 30, 2007** |

**STIP & ORDER RE SUMMARY JUDGMENT MOTION**
*U.S. v. Penebaker* **C 06-6287 MJJ**                                                                                     **Page -2-**

| | | |
|---|---|---|
| 1 | Defendants' Reply Brief in Support of | - **November 6, 2007** |
| 2 | Motion for Partial Summary Judgment | DECEMBER 4, 2007 |
| 3 | Hearing on Motion for Partial | - ~~November 20,~~ 2007 |
| 4 | Summary Judgment | **9:30 a.m.** |

5

6   Dated: October 10, 2007

                                                    */s/ Martin J. Jenkins*

7   MARTIN J. JENKINS
   JUDGE, U. S. DISTRICT COURT

**STIP & ORDER RE SUMMARY JUDGMENT MOTION**
*U.S. v. Penebaker* **C 06-6287 MJJ**          Page -3-