Colleen O'Brien (Bar No. 215514)
O'Brien & Kelleher, LLP
1655 N. Main St, Suite 220
Walnut Creek, CA 94596-4642
Telephone: (925) 280-1250

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROD PENEBAKER,<br><br>Defendant. | Case No.: C 06-6287 MJJ<br><br>PARTIES' STIPULATION TO CONTINUE BRIEFING DATES FOR SUMMARY JUDGMENT MOTION<br><br>and<br><br>ORDER <s>(Proposed)</s> |

This matter is on calendar for a hearing on the plaintiff's motion for partial summary judgment on December 4, 2007. The parties have continued discussions and exchanged proposals for possible settlement of the issues in this case. However, additional time is needed to complete those discussions and resolve issues necessary for any settlement to be reached. Further, the parties wish to avoid the distraction and expense of briefing the matter while settlement discussions are underway. This agreement proposes an extension of one week for the briefing schedule but does not change the hearing date.

THEREFORE, IT IS HEREBY STIPULATED and requested by the parties, through their respective undersigned attorneys, that the briefing schedule for the motion for partial summary judgment be continued as follows:

Defendant's Brief in Opposition to Plaintiffs'     -     November 6, 2007
Motion for Partial Summary Judgment

| | | | |
|---|---|---|---|
| Plaintiff's Reply Brief in Support of Motion for Partial Summary Judgment | | - | November 14, 2007 |
| Hearing on Motion | | - | December 4, 2007 9:30 a.m. |

Respectfully submitted,

Dated: October _29, 2007        O'BRIEN & KELLEHER

/s/
_____
COLLEEN O'BRIEN
Attorneys for Defendant

Dated: October _29, 2007        SCOTT N. SCHOOLS

United States Attorney

/s/
_____
CHARLES M. O'CONNOR
Assistant United States Attorney

Attorneys for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED, based on the foregoing stipulation of the parties, the Court will hear this matter on plaintiff's motion for partial summary judgment on the following schedule:

| | | | |
|---|---|---|---|
| Defendant's Brief in Opposition to Plaintiffs' Motion for Partial Summary Judgment | | - | November 6, 2007 |
| Plaintiff's Reply Brief in Support of Motion for Partial Summary Judgment | | - | November 14, 2007 |

1 | Hearing on Motion - December 4, 2007
2 | 9:30 a.m.
3
4
5 | Dated: October 31, 2007    _____
6 | MARTIN J. JENKINS
   | JUDGE, U.S. DISTRICT COURT
7

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signed Judge Martin J. Jenkins]*