SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
Northern District of California
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR  (CSBN 56320)
Assistant United States Attorney
    450 Golden Gate Avenue, 10th Floor
    P.O. Box 36055
    San Francisco, CA 94102-3495
    Telephone:  (415) 436-7200
    Facsimile:   (415) 436-6748

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROD PENEBAKER,<br><br>    Defendant. | CIVIL NO: C 06-6287 MJJ<br><br>**PARTIES' STIPULATION TO CONTINUE HEARING DATE FOR SUMMARY JUDGMENT MOTION**<br><br>and<br><br>**ORDER**<br><br>~~(Proposed)~~ |

    This matter is on calendar for a hearing on the plaintiff's motion for partial summary judgment on December 5, 2007.  During the past two weeks, the parties have conducted discussions on a proposal to settle the issues in this case and have now reached preliminary agreement on the principles of a settlement.  However, additional time is needed to complete those discussions, resolve the details, and reduce the settlement to writing, in the form of a proposed consent decree.  Further, the parties wish to avoid the distraction and expense of further preparation for the hearing of the pending motion while these discussions are underway.

    THEREFORE, IT IS HEREBY STIPULATED and requested by the parties, through their respective undersigned attorneys, that the briefing and hearing of the motion for partial summary judgment be continued for approximately two weeks, until December 18, 2007 at 9:30 a.m.

//

1  The Court has granted two prior stipulated continuances of the hearing date for this motion,
2  for a total of 33 days.

3                                         Respectfully submitted,

4  Dated: December 4, 2007        O'BRIEN & KELLEHER

5
6                                           /s/

7                                     COLLEEN O'BRIEN

8                                       Attorneys for Defendant

9  Dated: December 4, 2007        SCOTT N. SCHOOLS
10                                     United States Attorney

11                                           /s/
12

13                                     CHARLES M. O'CONNOR
14                                     Assistant United States Attorney

15                                       Attorneys for Plaintiff

16
17                                            **ORDER**

18  IT IS HEREBY ORDERED, based on the foregoing stipulation of the parties, the Court
19  will hear this matter on plaintiff's motion for partial summary judgment on December 18, 2007
20  at 9:30 am.
21
22  Dated: December 5, 2007
23                                       MARTIN J. JENKINS
24                                     JUDGE
25
26
27
28